| | |
|---|---|
| 1 | Kym S. Cushing<br>Nevada Bar No. 4242 |
| 2 | Douglas M. Rowan<br>Nevada Bar No. 4736 |
| 3 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>300 South Fourth Street, 11th Floor |
| 4 | Las Vegas, Nevada 89101<br>(702) 727-1400; FAX (702) 727-1401 |
| 5 | kym.cushing@wilsonelser.com<br>douglas.rowan@wilsonelser.com |
| 6 | *Attorneys for defendant Target Corporation* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nita Taylor, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:17-cv-02291-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (First Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (First Request).

**A.     DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of Defendant's stores. On September 29, 2017, the parties held an initial Rule 26(f) Conference. Defendant served its initial disclosure of witnesses and documents on September 28, 2017. Plaintiff served her initial disclosure of witnesses and documents on September 29, 2017. On October 12, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order.

On October 17, 2017, Defendant propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Plaintiff. Plaintiff served her responses to the Interrogatories on November 15, 2017 and responses to the Requests for Production of Documents on November 22, 2017. On October 12, 2017, Plaintiff propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Defendant. Plaintiff has granted Defendant an extension to respond to those written discovery requests.

Defendant has requested Plaintiff's medical records and films directly from her medical

1233839v.1

providers through records authorizations provided by Plaintiff.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendant still needs to respond to Plaintiff's written discovery requests. Defendant is still obtaining Plaintiff's medical records through authorizations provided by Plaintiff. Defendant needs to conduct the deposition of Plaintiff and at least three of Plaintiff's treating healthcare providers once Defendant has received Plaintiff's medical records directly from the providers. Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment so Defendant believes it is premature to conduct some of those depositions. Defendant may seek to have Plaintiff appear for a Rule 35 Examination.

Plaintiff anticipates conducting the depositions of Defendant's employees. The parties also anticipate designating expert witnesses and conducting the depositions of any designated expert witnesses.

**C.    REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

Defendant is still in the process of obtaining Plaintiff's medical records and films. Defendant needs to obtain those records before conducting the depositions of Plaintiff and her treating healthcare providers. Defendant also needs to obtain those records and films to provide to Defendant's medical expert.

The parties have discussed the possibility of early resolution of this matter, including the potential scheduling of mediation. The parties would like to limit their expenses and conduct mediation prior to engaging in further discovery, including the disclosure of expert witnesses. The parties cannot schedule and conduct mediation, conduct additional discovery, and obtain reports from expert witnesses prior to the current deadline for the disclosure of expert witnesses. Accordingly, the parties request a sixty day extension of the current discovery deadlines.

. . .

. . .

. . .

**D. PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| Close of Discovery: | April 27, 2018 |
| Dispositive Motions: | May 29, 2018 |
| Joint Pre-Trial Order: | June 28, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | February 26, 2018 |
| Rebuttal Expert Disclosures: | March 28, 2018 |
| Interim Status Report | February 26, 2018 |

DATED this 8th day of December, 2017.   DATED this 8th day of December, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**BERNSTEIN & POISSON**

BY: _/s/ Douglas Rowan_____
Kym S. Cushing
Nevada Bar No. 004242
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for defendant Target Corporation*

BY: _/s/ Erik Bromson_____
Scott L. Poisson
Nevada Bar No. 010188
Erik A. Bromson
Nevada Bar No. 009986
700 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorney for plaintiff Nita Taylor*

IT IS SO ORDERED.

Dated this 12th day of December, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.