Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nita Taylor, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:17-cv-02291-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Second Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Second Request).

**A.    DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of Defendant's stores. On September 29, 2017, the parties held an initial Rule 26(f) Conference. Defendant served its initial disclosure of witnesses and documents on September 28, 2017. Plaintiff served her initial disclosure of witnesses and documents on September 29, 2017. On October 12, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order. On December 12, 2017, the Court entered an order granting the parties first request to extend the discovery deadlines.

On October 17, 2017, Defendant propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Plaintiff. Plaintiff served her responses to the Interrogatories on November 15, 2017 and responses to the Requests for Production of Documents on November 22, 2017. On October 12, 2017, Plaintiff propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Defendant. Defendant served its responses to those written discovery requests on January 4, 2018.

Defendant has requested Plaintiff's medical records and films directly from her medical providers through records authorizations provided by Plaintiff.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Defendant is still obtaining Plaintiff's medical records through authorizations provided by Plaintiff. Defendant needs to conduct the deposition of Plaintiff and at least three of Plaintiff's treating healthcare providers once Defendant has received Plaintiff's medical records directly from the providers. Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment so Defendant may seek to have Plaintiff appear for a Rule 35 Examination.

Plaintiff anticipates conducting the depositions of Defendant's employees. The parties also anticipate designating expert witnesses and conducting the depositions of any designated expert witnesses.

### C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Defendant is still in the process of obtaining Plaintiff's medical records and films. Defendant needs to obtain those records before conducting the depositions of Plaintiff and her treating healthcare providers. Defendant also needs to obtain those records and films to provide to Defendant's medical expert.

The parties have agreed to conduct a mediation in this matter before engaging in extensive discovery, including the disclosure of expert witnesses. The first mutually agreeable date on which the parties could schedule mediation is April 10, 2018, which is after the current deadline to disclose expert witnesses. Accordingly, the parties request a sixty day extension of the current discovery deadlines.

. . .

. . .

. . .

### D. PROPOSED DISCOVERY SCHEDULE

| | |
|---|---|
| Close of Discovery: | June 26, 2018 |
| Dispositive Motions: | July 26, 2018 |
| Joint Pre-Trial Order: | August 27, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | April 27, 2018 |
| Rebuttal Expert Disclosures: | May 29, 2018 |
| Interim Status Report | April 27, 2018 |

DATED this 12th day of February, 2018.                    DATED this 12th day of February, 2018.

**WILSON, ELSER, MOSKOWITZ,**                             **BERNSTEIN & POISSON**
**EDELMAN & DICKER LLP**


BY: */s/Douglas M. Rowan*                                 BY: */s/Erik A. Bromson*
    Douglas M. Rowan                                          Scott L. Poisson
    Nevada Bar No. 004736                                      Nevada Bar No. 010188
    300 South Fourth Street, 11th Floor                        Erik A. Bromson
    Las Vegas, Nevada  89101                                   Nevada Bar No. 009986
    *Attorneys for defendant Target Corporation*               700 South Jones Boulevard
                                                               Las Vegas, Nevada 89107
                                                               *Attorney for plaintiff Nita Taylor*

    IT IS SO ORDERED.

    Dated this __13th__ day of __February__, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

 If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.