# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

NITA TAYLOR,

               Plaintiff,

vs.

TARGET CORPORATION,

               Defendant.

2:17-cv-02291-JCM-VCF

**ORDER**

Before the court is the Notice of Settlement and Request for Status Check.  (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that all pending deadlines are STAYED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before July 2, 2018.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 AM, July 3, 2018, in Courtroom 3D.  The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

DATED this 2nd day of May, 2018.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE